# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Thomas M. Durkin | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1581 | **DATE** | 3/11/13 |
| **CASE TITLE** | Eddie Adams (A-90087) vs. Dr. Dunn, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The Court authorizes the trust fund officer at Plaintiff's place of confinement to deduct $10.80 from Plaintiff's account, and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to the trust fund officer at the Stateville Correctional Center. The Clerk shall also issue summonses for service of the complaint on the Defendants. The Court appoints Jennifer Adams Murphy of Wessels Sherman Joerg Liszka Laverty Seneczko P.C., 2035 Foxfield Road, St. Charles, Illinois 60174, 630-377-1554, to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.29 and 83.37.

■[For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, Eddie Adams, a prisoner at the Stateville Correctional Center, brings this *pro se* civil rights pursuant to 42 U.S.C. § 1983.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $10.80. The trust fund officer at the Stateville Correctional Center is authorized and ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The trust fund officer shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred from the jail to another correctional facility.

Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt review of the complaint.

Plaintiff alleges that he is a diabetic who suffers from glaucoma. Previously, Plaintiff was prescribed eye drops for the pressure in his eyes associated with his glaucoma. After his eye drops ran out, Plaintiff attempted to see a doctor at Stateville regarding his needed medication and the issues he was starting to have because he no longer had the medication. After a significant delay, Plaintiff eventually was seen by a doctor, including Dr. Dunn, who refused to prescribe the eye drops Plaintiff had previously received and refused to treat constant pain Plaintiff was having in his eyes. Plaintiff filed emergency grievances with Warden Hardy but Warden Hardy denied the grievances, without actually reviewing such grievances, as part of the custom and policy with Wexford Health Sources, Inc. to provide minimal medical care at the lowest cost. Plaintiff continues to receive inadequate care for his eyes and continues to have constant pain in his eyes. The Defendants must respond to Plaintiff's complaint.

The United States Marshals Service is appointed to serve the Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former Stateville Correctional Center and/or Wexford Health Sources, Inc.'s employee who can no longer be found at the work address provided by

| STATEMENT |
|---|
| Plaintiff, Stateville Correctional Center and/or Wexford Health Sources, Inc. shall furnish the Marshal with Defendant's last-known address.  The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal.  The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.<br>      In light of the seriousness of the allegations, the Court hereby appoints Jennifer Adams Murphy of Wessels Sherman Joerg Liszka Laverty Seneczko P.C., 2035 Foxfield Road, St. Charles, Illinois 60174, 630-377-1554, to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.29 and 83.37. |